EXHIBIT A













# EXHIBIT B

US00D596802S

(12) **United States Design Patent**
Yang

(10) Patent No.: **US D596,802 S**
(45) Date of Patent: ** **Jul. 21, 2009**

(54) **FOOT MICRO FILE**

(75) Inventor: **Jun Yang**, Zhejiang (CN)

(73) Assignee: **International Edge Inc.**, Fairfield, NJ (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/308,976**

(22) Filed: **Jul. 17, 2008**

**Related U.S. Application Data**

(63) Continuation of application No. 29/292,719, filed on Oct. 25, 2007, now abandoned.

(30) **Foreign Application Priority Data**

Sep. 14, 2007   (CN) ........................ 2007 3 0309021

(51) **LOC (9) Cl.** ................................. **28-03**
(52) **U.S. Cl.** ..................................... **D28/59**; D24/147
(58) **Field of Classification Search** ................. D28/57, D28/59, 60; 132/73, 73.5, 75, 75.3, 75.4, 132/75.5, 75.6, 76.2, 76.4, 76.5; 30/26–29; D24/147; D7/678
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,498,156 | A | 6/1924 | Drew |
| 1,714,371 | A | 5/1929 | Jackson |
| 2,573,487 | A | 10/1951 | Potvin |
| D167,270 | S | 7/1952 | Marcus |
| 2,612,683 | A | 10/1952 | Potvin |
| 2,714,908 | A | 8/1955 | Carmack |
| 2,746,461 | A | 5/1956 | Bocchino |
| D186,752 | S | 11/1959 | Dean |
| 3,279,043 | A | 10/1966 | Wirt |
| 3,600,803 | A | 8/1971 | Nachel |
| 3,636,625 | A | 1/1972 | Pracht |
| 3,762,243 | A | 10/1973 | Borrkfield |
| 3,797,505 | A | 3/1974 | Gilhaus et al. |
| 4,057,053 | A | 11/1977 | Kunz |

(Continued)

FOREIGN PATENT DOCUMENTS

DE        3320594        12/1984

(Continued)

OTHER PUBLICATIONS

English language abstract of West German Patent Application No. DE 3320594, esp@cenet database, Dec. 13, 1984.

(Continued)

*Primary Examiner*—Jennifer Rivard
(74) *Attorney, Agent, or Firm*—Cooper & Dunham LLP

(57) **CLAIM**

The ornamental design for a foot micro file, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view thereof;

FIG. 2 is a front view thereof;

FIG. 3 is a right side view thereof;

FIG. 4 is a rear view thereof;

FIG. 5 is a left side view thereof;

FIG. 6 is a top view thereof; and,

FIG. 7 is a bottom view thereof.

The broken lines in FIG. 7 illustrate a portion of the foot micro file and form no part of the claimed design.

**1 Claim, 7 Drawing Sheets**



**US D596,802 S**

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D251,103 | S | 2/1979 | Puustinen |
| 4,422,465 | A | 12/1983 | Haga |
| D276,812 | S  * | 12/1984 | Kanazawa ................... D7/678 |
| 4,537,207 | A | 8/1985 | Gilhaus |
| 5,302,234 | A | 4/1994 | Grace et al. |
| 5,522,136 | A | 6/1996 | Larisey |
| 5,564,189 | A | 10/1996 | Lee |
| 5,570,700 | A | 11/1996 | Vogeler |
| 5,653,024 | A | 8/1997 | Cartagenova |
| D393,986 | S | 5/1998 | Joergensen |
| 5,832,610 | A | 11/1998 | Chaplick |
| 5,881,735 | A | 3/1999 | Kutnik |
| 5,913,313 | A | 6/1999 | Brunderman |
| 6,142,156 | A  * | 11/2000 | Brunderman .............. 132/76.4 |
| 6,283,978 | B1 | 9/2001 | Cheski et al. |
| 6,481,443 | B1 * | 11/2002 | Moore-Johnson et al. ..... 132/73 |
| D483,910 | S  * | 12/2003 | O'Brien, II ................. D28/57 |
| D486,268 | S  * | 2/2004 | Chien ......................... D28/59 |
| 6,733,595 | B1 | 5/2004 | Grillo |
| D491,774 | S | 6/2004 | Brousseau et al. |
| D494,026 | S | 8/2004 | Brousseau et al. |
| D499,313 | S  * | 12/2004 | Lawson et al. ............... D7/678 |
| D523,143 | S | 6/2006 | Anderson et al. |
| 7,093,603 | B2 | 8/2006 | Han |
| D550,522 | S  * | 9/2007 | Raia ........................... D7/678 |
| D568,118 | S | 5/2008 | Chalfant et al. |
| 2002/0087167 | A1 * | 7/2002 | Winitsky ................... 606/131 |
| 2005/0061343 | A1 | 3/2005 | Ebner |
| 2006/0178676 | A1 | 8/2006 | Anderson et al. |
| 2007/0214557 | A1 | 9/2007 | Qiu |
| 2008/0000490 | A1 * | 1/2008 | Jo .............................. 132/76.4 |
| 2008/0045974 | A1 * | 2/2008 | Dixon ........................ 606/131 |
| 2008/0091216 | A1 | 4/2008 | Grace et al. |

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 19624578 | 1/1998 |
| KR | 20030096747 | 12/2003 |
| WO | WO 03024290 | 3/2003 |
| WO | WO 2004075764 | 9/2004 |
| WO | WO 2006068638 | 6/2006 |

## OTHER PUBLICATIONS

English language abstract of Republic of Korea Patent Publication No. KR 20030096747, esp@cenet database, Dec. 31, 2003.
"Nutmeg Grater", 4 pages, <http://www.silvercollection.it>, before 2007.
Summary Information of European Design No. 000527940-0001, 2 pages, <http://oami.europa.eu>, RCD-Online database, Jun. 27, 2006.
"Comfort Callus Rasp", 1 page, <www.tweezerman.com>, 2005.
English language abstract of German Patent Publication No. DE 19624578, esp@cenet database, Jan. 8, 1998.
"Replaceable Cartridge for XL Pro Foot File", 2 pages, <www.microplane.com>, 2006.
"Transform Your Soles!", 2 pages, <www.microplane.com>, 2005.
"Microplane Personal Care", instruction sheet, 1 page, 2008.

* cited by examiner



*FIG. 1*



FIG. 2



FIG. 3



*FIG. 4*



FIG. 5



*FIG. 6*



FIG. 7

# EXHIBIT C

US00D596353S

(12) **United States Design Patent**

Yang

(10) Patent No.: **US D596,353 S**

(45) Date of Patent: ** **Jul. 14, 2009**

(54) **COMBINED FOOT MICRO FILE AND HOLDER**

(75) Inventor: **Jun Yang**, Zhejiang (CN)

(73) Assignee: **International Edge Inc.**, Fairfield, NJ (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/308,980**

(22) Filed: **Jul. 17, 2008**

**Related U.S. Application Data**

(63) Continuation of application No. 29/292,718, filed on Oct. 25, 2007, now abandoned.

(30) **Foreign Application Priority Data**

Sep. 14, 2007   (CN) ........................ 2007 3 0309021

(51) **LOC (9) Cl.** ................................... **28–03**
(52) **U.S. Cl.** ...................................... **D28/59**; D24/147
(58) **Field of Classification Search** ................. D28/57,
D28/59, 60; 132/73, 73.5, 75, 75.3, 75.4,
132/75.5, 75.6, 76.2, 76.4, 76.5; 30/26–29;
D24/147; D7/678
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,498,156 | A | 6/1924 | Drew |
| 1,714,371 | A | 5/1929 | Jackson |
| D167,270 | S | 7/1952 | Marcus |
| 2,612,683 | A | 10/1952 | Potvin |
| 2,714,908 | A | 8/1955 | Carmack |
| 2,746,461 | A | 5/1956 | Bocchino |
| D186,752 | S | 11/1959 | Dean |
| 3,279,043 | A | 10/1966 | Wirt |
| 3,600,803 | A | 8/1971 | Nachel |

| | | | |
|---|---|---|---|
| 3,636,625 | A | 1/1972 | Pracht |
| 3,762,243 | A | 10/1973 | Borrkfield |
| 3,797,505 | A | 3/1974 | Gilhaus et al. |
| 4,057,053 | A | 11/1977 | Kunz |
| D251,103 | S | 2/1979 | Puustinen |

(Continued)

FOREIGN PATENT DOCUMENTS

DE          3320594      12/1984

(Continued)

OTHER PUBLICATIONS

English language abstract of West German Patent Application No. DE 3320594, esp@cenet database, Dec. 13, 1984.

(Continued)

*Primary Examiner*—Jennifer Rivard
(74) *Attorney, Agent, or Firm*—Cooper & Dunham LLP

(57)          **CLAIM**

The ornamental design for a combined foot micro file and holder, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view thereof;

FIG. 2 is a front view thereof;

FIG. 3 is a right side view thereof;

FIG. 4 is a back view thereof;

FIG. 5 is a left side view thereof;

FIG. 6 is a top view thereof; and,

FIG. 7 is a bottom view thereof.

The broken lines in FIG. 7 illustrate a portion of the combined foot micro file and holder and form no part of the claimed design.

**1 Claim, 7 Drawing Sheets**



**US D596,353 S**

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,422,465 | A | 12/1983 | Haga |
| D276,812 | S * | 12/1984 | Kanazawa ................... D7/678 |
| 4,537,207 | A | 8/1985 | Gilhaus |
| 5,302,234 | A | 4/1994 | Grace et al. |
| 5,522,136 | A | 6/1996 | Larisey |
| 5,564,189 | A | 10/1996 | Lee |
| 5,570,700 | A | 11/1996 | Vogeler |
| 5,653,024 | A | 8/1997 | Cartagenova |
| D393,986 | S | 5/1998 | Joergensen |
| 5,832,610 | A | 11/1998 | Chaplick |
| 5,881,735 | A | 3/1999 | Kutnik |
| 5,913,313 | A | 6/1999 | Brunderman |
| 6,142,156 | A * | 11/2000 | Brunderman ............... 132/76.4 |
| 6,283,978 | B1 | 9/2001 | Cheski et al. |
| 6,481,443 | B1 * | 11/2002 | Moore-Johnson et al. ..... 132/73 |
| D483,910 | S * | 12/2003 | O'Brien, II ................. D28/57 |
| D486,268 | S * | 2/2004 | Chien ........................ D28/59 |
| 6,733,595 | B1 | 5/2004 | Grillo |
| D491,774 | S | 6/2004 | Brousseau et al. |
| D494,026 | S | 8/2004 | Brousseau et al. |
| D499,313 | S * | 12/2004 | Lawson et al. ............... D7/678 |
| D523,143 | S | 6/2006 | Anderson et al. |
| 7,093,603 | B2 | 8/2006 | Han |
| D550,522 | S * | 9/2007 | Raia ............................ D7/678 |
| D568,118 | S | 5/2008 | Chalfant et al. |
| 2002/0087167 | A1 * | 7/2002 | Winitsky ................... 606/131 |
| 2005/0061343 | A1 | 3/2005 | Ebner |
| 2006/0178676 | A1 | 8/2006 | Anderson et al. |

| | | | |
|---|---|---|---|
| 2007/0214557 | A1 | 9/2007 | Qiu |
| 2008/0000490 | A1 * | 1/2008 | Jo .............................. 132/76.4 |
| 2008/0045974 | A1 * | 2/2008 | Dixon ........................ 606/131 |
| 2008/0091216 | A1 | 4/2008 | Grace et al. |

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 19624578 | 1/1998 |
| KR | 20030096747 | 12/2003 |
| WO | WO 03024290 | 3/2003 |
| WO | WO 2004075764 | 9/2004 |
| WO | WO 2006068638 | 6/2006 |

## OTHER PUBLICATIONS

English language abstract of Republic of Korea Patent Publication No. KR 20030096747, esp@cenet database, Dec. 31, 2003.
"Nutmeg Grater", 4 pages, <http://www.silvercollection.it>, before 2007.
Summary Information of European Design No. 000527940-0001, 2 pages, <http://oami.europa.eu>, RCD-ONLINE database, Jun. 27, 2006.
"Comfort Callus Rasp", 1 page, <www.tweezerman.com>, 2005.
English language abstract of German Patent Publication No. DE 19624578, esp@cenet database, Jan. 8, 1998.
"Replaceable Cartridge for XL Pro Foot File", 2 pages, <www.microplane.com>, 2006.
"Transform Your Soles!", 2 pages, <www.microplane.com>, 2005.
"Microplane Personal Care", instruction sheet, 1 page, 2008.

* cited by examiner



*FIG. 1*



*FIG. 2*



*FIG. 3*



FIG. 4



FIG. 5



*FIG. 6*



FIG. 7

# EXHIBIT D

Int. Cl.: 8

Prior U.S. Cls.: 23, 28 and 44

## United States Patent and Trademark Office

Reg. No. 3,633,750
Registered June 9, 2009

## TRADEMARK
### PRINCIPAL REGISTER



INTERNATIONAL EDGE, INC. (NEW JERSEY CORPORATION)

79 TWO BRIDGES ROAD

FAIRFIELD, NJ 07004

FOR: PEDICURE IMPLEMENTS, NAMELY, FOOT FILES, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FIRST USE 10-29-2007; IN COMMERCE 10-29-2007.

THE MARK CONSISTS OF THE CONFIGURATION OF A FOOT FILE IMPLEMENT, SPECIFICALLY, THE ENTIRE IMPLEMENT.

SEC. 2(F).

SER. NO. 77-358,414, FILED 12-21-2007.

TRACY CROSS, EXAMINING ATTORNEY

# EXHIBIT E

